[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-11839
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 25, 2010
JOHN LEY
CLERK

D.C. Docket No. 08-00005-CR-J-20JRK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TELMORE BARRINGTON DIXON,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida
_____

(February 25, 2010)

Before HULL, MARCUS and FAY, Circuit Judges

PER CURIAM:

Donald Mairs, appointed counsel for Telmore Barrington Dixon in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dixon's conviction and sentence are **AFFIRMED**.